UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DIAZ,<br><br>        Plaintiff,<br><br>   v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>        Defendant. | Case No. 25-cv-03422-JSC<br><br>**PRETRIAL ORDER NO. 1: CASE SCHEDULE** |

Following the initial case management conference held on July 30, 2025, the Court ORDERS the following deadlines:

| | |
|---|---|
| Move to Amend Pleadings: | September 26, 2025 |
| Complete Private Mediation: | November 7, 2025 |
| Rule 52 Briefs: | February 19, 2026 |
| Rule 52 Oppositions: | March 19, 2026 |
| Rule 52 Hearing: | April 9, 2026 |

By August 22, 2025, the parties shall jointly submit a letter with the name of their mediator and the date of mediation. The Court sets a further case management conference for December 3, 2025 at 2:00 p.m. via Zoom video. The Court will be particularly interested in whether referral for a magistrate judge settlement conference could be productive.

**IT IS SO ORDERED.**

Dated: July 30, 2025

JACQUELINE SCOTT CORLEY
United States District Judge